JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

NELI MARTORISIAN,

    Plaintiff,

         v.

FRANK BISIGNANO,
Commissioner of Social Security,

    Defendant.

No. 2:25-cv-09935-WLH-AJR

[PROPOSED] JUDGMENT

    Having approved the parties' joint stipulation to voluntary remand pursuant to sentence four of 42 U.S.C. § 405(g) and to entry of judgment, THE COURT ADJUDGES AND DECREES that judgment is entered for Plaintiff.

Date:  March 25, 2026

_____
HON. A. JOEL RICHLIN
United States Magistrate Judge

-1-